UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>-v-<br><br>INVEST BETTER 2001, COLE A. BARTIROMO, and JOHN and JANE DOES 1-10,<br><br>    Defendants,<br><br>and<br><br>CITIBANK, N.A., ROBINHOOD FINANCIAL, LLC, BBVA COMPASS, and RADIUS BANK,<br><br>    Garnishees. | Civil Action No.: 1:01-11427-LAP |

## GARNISHEE'S ANSWER

Having been served with a Continuing Writ of Garnishment (the "Writ"), Robinhood Financial, LLC ("Robinhood" or "Garnishee") hereby files this Answer in accordance with 28 U.S.C. § 3205. This Answer is being filed by:

> Robinhood Financial, LLC
> 3200 Ash Street
> Palo Alto, California 94306
> (T): (650) 940-2701

### DESCRIPTION OF GARNISHEE

Robinhood is a limited liability company that maintains a principal place of business at 3200 Ash Street, Palo Alto, California 94306, (T): (650) 940-2701.

### PRIOR GARNISHMENTS

Robinhood is not aware of any prior garnishments involving Defendant.

### DESCRIPTION OF PROPERTY IN WHICH DEFENDANT HAS AN INTEREST

Robinhood holds certain securities and funds in an account bearing the name of Cole Bartiromo (the "Property"). These securities and funds are detailed in the Account Statement which Robinhood will separately produce to the United States Securities and Exchange Commission.

### GARNISHEE'S CLAIMS

Robinhood is not making any claim of exemption on behalf of Defendant. However, Robinhood notes that Defendant has served it with an Exemption Claim Form, a copy of which is attached to this Answer. That document lists certain exemptions that Defendant claims apply to the Property and lodges other objections to the Writ. Robinhood takes no position on whether Defendant is entitled to those exemptions.

Robinhood does not have any set-offs or other interest of its own in Defendant's property.

### CERTIFICATE OF SERVICE

Garnishee certifies that on, January 17, 2018, it electronically filed a copy of this Answer on the federal docket through PACER and also served a copy of this Answer on the following persons via Federal Express:

Cole A. Bartiromo
22025 Teresa
Mission Viejo, California 92692


United States Securities and Exchange Commission
c/o Elizabeth Reilly Goody
New York Regional Office
200 Vesey Street, Suite 400
New York, New York 10282

## DECLARATION

Pursuant to 28 U.S.C. § 1746, and on behalf of Robinhood Financial LLC, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge according the investigation of these matters performed by myself or by other persons at my direction.

_____
Archit Shah
General Counsel, Robinhood Financial, LLC

Dated: January 18, 2018